UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22713-CV-WILLIAMS

MICHAEL LANDA,

    Plaintiff,

v.

AON CORPORATION EXCESS BENEFIT PLAN,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 67) ("*Report*") on Defendant Aon Corporation Excess Benefit Plan's ("*Aon*") Motion for Bill of Costs (DE 61) ("*Motion*").[1] In the Report, Judge Goodman recommends that the Motion be granted in part and denied in part. (*Id.* at 2.) Specifically, Judge Goodman recommends awarding Aon $578.70 in costs. (*Id.* at 17.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 67) is **AFFIRMED AND ADOPTED**.

2. Defendant Aon Corporation Excess Benefit Plan's Motion for Bill of Costs (DE 61) is **GRANTED IN PART AND DENIED IN PART** as follows:

---

[1] Plaintiff filed a Response in Opposition (DE 62) and Defendant filed a Reply (DE 63). Because the Reply raised new arguments, Judge Goodman *sua sponte* granted Plaintiff leave to file a Sur-Reply (DE 65; DE 66).

a. Defendant Aon Corporation Excess Benefit Plan's Motion for Bill of Costs (DE 61) is **GRANTED** as to $455.60 for expedited delivery of the January 11, 2024 hearing transcript and $123.10 for copying costs associated with responding to Plaintiff's discovery requests, for a total of $578.70.

b. Defendant Aon Corporation Excess Benefit Plan's Motion for Bill of Costs (DE 61) is **DENIED** in all other respects.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 14th day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE